JAMES S. THOMSON
Attorney and Counselor at Law
California State Bar No. 79658
732 Addison Street, Suite A
Berkeley, California 94710
Telephone: (510) 525-9123
Facsimile: (510) 525-9124
Email: james@ycbtal.net

Attorney for Defendant
Edwin Cano Merida

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Marvin Bonilla,<br>Edwin Cano-Merida,<br>Cesar Rolando Lucas-Pablo,<br>Walfer Mendoza-Mendoza,<br>Gonzalo Pablo,<br>Jeronimo "Orlando" Pablo-Carrillo,<br>Mario Pablo-Matias,<br>Raymundo Pablo-Matias, and<br>Carlos Ramiro-Mendoza.<br><br>　　　　Defendants. | CASE NO. 25-CR-0332-HSG<br><br>**MOTION SEEKING THE APPOINTMENT OF A COORDINATING DISCOVERY ATTORNEY** |

**I.**

**Introduction**

Nine individuals are charged in a single count indictment relating to allegations of a racketeering conspiracy, in violation of Title, 18 U.S.C.§ 1962(d). *See* ECF No. 1. Six individuals have appointed counsel and three have yet to be arraigned. Discovery is expected to be voluminous as the indictment alleges the conspiracy spans approximately eight years: December 2016 through 2024. The assigned prosecution team of Assistant United States Attorneys Alexis James,

Andrew Scoble, Jonah Ross, and Wendy Garbers agree that based on the volume and complexity of discovery, combined with the number of defendants, that the appointment of a Coordinating Discovery Attorney is appropriate.

## II.

## Motion to Appoint a Coordinating Discovery Attorney

The defendants, by and through their counsel of record, individually and for the benefit of all court-appointed defendants and their counsel move this Court for an order under 18 U.S.C. § 3006A(b) appointing John C. Ellis, Jr. as Coordinating Discovery Attorney ("CDA"). This request is based on the large volume and technical nature of discovery. Specifically, defense counsel seeks the appointment of Mr. Ellis to serve as the Coordinating Discovery Attorney ("CDA") in this case. In over 100 cases throughout the country, federal district courts have appointed Mr. Ellis to serve as a CDA. Mr. Ellis is one of five National Coordinating Discovery Attorneys under contract with the Administrative Office of the U.S. Courts, Defender Services Office ("DSO"). Under this program, DSO pays for the services of the CDA, though some of his work requires the help of outside litigation support technology companies, which must be funded by the Court. *See* Exhibit A (Administrative Office of the United States Courts June 2019 Memorandum regarding managing large volumes of discovery in CJA cases).

Moreover, Mr. Ellis has experience organizing multiple types of discovery formats while being mindful of maintaining evidentiary integrity. Based on Mr. Ellis' experience working on these types of cases, his work could save substantial time and costs in assessing and organizing the discovery, as opposed to all defense counsel and their staff learning about the tools to analyze such a large volume of materials. His work will not include representational services for any defendant. As the CDA, Mr. Ellis will implement a discovery management plan and advise counsel on the most efficient ways to review discovery. His responsibilities will include:

- Manage and, unless otherwise agreed upon with the Government, distribute discovery produced by the Government and relevant third party information common to defense counsel for all defendants;
- Evaluate the volume and type of discovery to determine what technologies will ensure duplicative costs are avoided and that the most efficient and cost-effective methods are identified;
- Act as a liaison with the United States Attorney's Office to ensure the timely and effective exchange of discovery, resolve form of production issues, and coordinate solutions for any technical problems accessing discovery;
- Engage with third-party technology vendors and other litigation support services as needed;
- Identify any additional human resources that may be needed by defense counsel for the organization and substantive review of information; and
- Provide technological tools and training services to the defense teams as a group and individually to ensure efficiency locating relevant data within discovery.

## III.
## Conclusion

For all the reasons set forth above, defense counsel respectfully requests this Court enter an order appointing Mr. Ellis to serve as the Coordinating Discovery Attorney.

Respectfully submitted,

Dated: November 17, 2025

*/s/ James S. Thomson*
JAMES S. THOMSON
Attorney for Defendant
Edwin Cano Merida