CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

JONAH P. ROSS (CABN 305076)
WENDY M. GARBERS (CABN 213208)
Assistant United States Attorneys

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    wendy.garbers@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 4:25-CR-00332-HSG |
| Plaintiff, | **STIPULATION TO EXCLUDE TIME FROM APRIL 15, 2026, TO JULY 29, 2026, AND ORDER** |
| v. | |
| MARVIN BONILLA, et al., | |
| Defendant. | |

It is hereby stipulated by and between counsel for the United States and counsel for the

defendants MARVIN BONILLA (aka "Malandro"), EDWIN CANO-MERIDA (aka "Zombie"),

WALFER MENDOZA-MENDOZA (aka "Shorty"), JERONIMO "ORLANDO" PABLO-CARRILLO

(aka "Paisano"), MARIO PABLO-MATIAS (aka "Chuco"), RAYMUNDO PABLO-MATIAS (aka "El

Moch"), and CARLOS RAMIRO-MENDOZA (aka "Minch") that time be excluded under the Speedy

Trial Act from April 15, 2026, through July 29, 2026.

At the status conference held on April 15, 2026, the government and counsel for the defendant

agreed that time be excluded under the Speedy Trial Act so that defense counsel could continue to

prepare, including by reviewing the discovery already produced. For this reason and as further stated on

STIPULATION TO EXCLUDE TIME AND ORDER          v. 9/18/2025
Case No. 4:25-cr-00332-HSG        1

the record at the status conference, the parties stipulate and agree that excluding time until July 29, 2026, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from April 15, 2026, through July 29, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorneys certifies that they have obtained approval from counsel for the defendants to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED:  April 17, 2026

_____/s/_____
JONAH P. ROSS
WENDY M. GARBERS
Assistant United States Attorneys

DATED:  April 17, 2026

_____/s/_____
CHARLES WOODSON
Counsel for Marvin Bonilla

DATED:  April 17, 2026

_____/s/_____
JAMES S. THOMSON
Counsel for Edwin Cano-Merida

DATED:  April 17, 2026

_____/s/_____
RAMIN NADERI ALIZADEH
Counsel for Walfer Mendoza-Mendoza

DATED:  April 17, 2026

_____/s/_____
MICHAEL J. SHEPARD
Counsel for Jeronimo "Orlando" Pablo-Carillo

DATED:  April 17, 2026

_____/s/_____
ROBERT F. WAGGENER
Counsel for Mario Pablo-Matias

DATED:  April 17, 2026

_____/s/_____
JOHN J. JORDAN
Counsel for Raymundo Pablo-Matias

DATED:  April 17, 2026

_____/s/_____
JOHN PAUL REICHMUTH
Counsel for Carlos-Ramiro-Mendoza

STIPULATION TO EXCLUDE TIME AND ORDER                                    v. 9/18/2025
Case No. 4:25-cr-00332-HSG                              2

**ORDER**

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on April 15, 2026, and for good cause shown, the Court finds that failing to exclude the time from April 15, 2026, through July 29, 2026, would unreasonably deny defense counsel and the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from April 15, 2026, to July 29, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial.  Therefore, and with the consent of the parties identified above, IT IS HEREBY ORDERED that the time from April 15, 2026, through July 29, 2026, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED:   4/20/2026   

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge